UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

CEDRIC MARKS,

        Plaintiff,                Case No. 1:22-cv-288

v.                                      Honorable Phillip J. Green

MICHELLE LAJOYE-YOUNG, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  April 26, 2022                    /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge